# United States District Court

### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| ERNESTO ALVAREZ, ET AL. | § | |
| | § | Civil Action No. 4:18-CV-419 |
| v. | § | (Judge Mazzant/Judge Nowak) |
| | § | |
| BAYVIEW LOAN SERVICING, LLC | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 15, 2018, the report of the Magistrate Judge (Dkt. #17) was entered containing proposed findings of fact and recommendations that Plaintiffs Ernesto Alvarez and Edwin Serrano's claims be dismissed pursuant to Federal Rule of Civil Procedure 41.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiffs' claims are **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

 **SIGNED** this 18th day of September, 2018.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE